sideration in light of that court's en banc opinion to be filed in *Taggart* v. *Jefferson County Child Support Enforcement Unit*, No. 89–2429EA, rehearing en banc granted December 11, 1990.*

No. 90–626. PACIFIC LIGHTING CORP. ET AL. *v.* MGW, INC. Ct. App. Cal., 4th App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip, ante,* p. 1.

No. 90–827. PORTEC, INC. *v.* THE POST OFFICE. C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip, ante,* p. 1.

No. 90–953. CITY GAS COMPANY OF FLORIDA *v.* CONSOLIDATED GAS COMPANY OF FLORIDA, INC. C. A. 11th Cir. Motions of Florida Public Service Commission, Edison Electric Institute, American Gas Association, and National Association of Regulatory Utility Commissioners for leave to file briefs as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded with directions to dismiss. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

No. — – ——. BARRITT *v.* ADAMS TV OF WHEELING, INC., ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. A–632. IN RE SLAUGHTER. Sup. Ct. Ky. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–680 (90–7246). MALDONADO-RIVERA *v.* UNITED STATES. Application for further stay of mandate of the United States Court of Appeals for the Second Circuit, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–915. IN RE DISBARMENT OF KOKERNAK. Disbarment entered. [For earlier order herein, see 497 U. S. 1045.]

No. D–924. IN RE DISBARMENT OF PARKER. Disbarment entered. [For earlier order herein, see 497 U. S. 1055.]

---

*[REPORTER'S NOTE: The en banc opinion was subsequently reported at 935 F. 2d 947 (1991).]